IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| JANICE CLUTE, | ) | CV 11-97-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LYNITTA M. DERSHEM, | ) | |
| PHILIP A. DERSHEM, | ) | |
| JOHN DOE 1 through 5, and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendants Lynitta Dershem and Philip Dershem move for summary judgment on Count II of Janice Clute's complaint. The Court extended the deadline for Clute's response to that motion in light of outstanding discovery requests.

Having reviewed the discovery, Clute notified the Court that she does not oppose the Dershem's motion for summary judgment. Nor does the United States of America oppose it. The Court therefore grants it.

IT IS ORDERED that Lynitta and Philip Dershem's motion for summary judgment (doc. 25) is GRANTED.

Dated this 23rd day of July 2012.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT